# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Atlantic Scale Company Inc | 12/6/2022 | 266370 | Check | $ 2,536.39 |
| Akorn Operating Company, LLC | Atlantic Scale Company Inc | 12/14/2022 | 266532 | Check | $ 8,412.60 |
| Akorn Operating Company, LLC | Atlantic Scale Company Inc | 1/11/2023 | 266901 | Check | $ 5,231.13 |
| Akorn Operating Company, LLC | Atlantic Scale Company Inc | 2/1/2023 | 267106 | Check | $ 6,463.20 |
| Akorn Operating Company, LLC | Atlantic Scale Company Inc | 2/14/2023 | 267279 | Check | $ 1,081.91 |
| Akorn Operating Company, LLC | Atlantic Scale Company Inc | 2/22/2023 | 267325 | Check | $ 1,307.85 |
|  |  |  |  |  | $ 25,033.08 |